IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-CR-108 |
| vs. | : | Judge Thomas M. Rose |
| ROBERT R. YATES, | : | |
| Defendant. | : | |

UNOPPOSED MOTION FOR ONE DAY FURLOUGH
PURSUANT TO 18 U.S.C. § 3145(b)

Defendant ROBERT R. YATES, by and through counsel, respectfully requests this Court, pursuant to 18 U.S.C. § 3145(b) to review and amend the order of detention entered by the Magistrate Judge in this case and enter an order allowing Mr. Yates a brief furlough for the purpose of visiting his mother Wanda E. Little, who earlier this year was critically injured in a car accident and is now a bed bound quadriplegic, and is only able to communicate by blinking her eyes (PSR ¶66). Ms. Little is currently residing at Bellbrook Rehab and Healthcare Center, 1957 N. Lakeman Drive Bellbrook, OH 45305.

Assistant United States Attorney Brent Tabacchi does not oppose this motion.

        Respectfully submitted,

        STEVEN S. NOLDER,
        FEDERAL PUBLIC DEFENDER

        s/F. Arthur Mullins
        F. Arthur Mullins (0080483)
        Assistant Federal Public Defender
        One Dayton Centre, Suite 490
        1 South Main Street
        Dayton, Ohio 45402
        (937) 225-7687
        Art_Mullins@fd.org

        Attorney for Defendant
        ROBERT R. YATES

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon Brent Tabbachi, Assistant United States Attorney, by electronic mail, this 3rd day of January, 2013.

        s\F. Arthur Mullins
        F. Arthur Mullins